AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

TATIANA A.,

_____

*Plaintiff*

v.

KILOLO KIJAKAZI, ACTING COMMISSIONER OF
SOCIAL SECURITY,

_____

*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 24, 2021**

SEAN F. McAVOY, CLERK

Civil Action No.   2:19-cv-00349-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($_____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The Commissioner's decision is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. §
405(g) for further proceedings consistent with the Ninth Circuit's June 25, 2021 memorandum disposition.
JUDGMENT entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    Mary K. Dimke _____ on remand from the Ninth Circuit Court
of Appeals.

Date:  August 24, 2021 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Pam Howard
_____

*(By) Deputy Clerk*

Pam Howard
_____